AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

In Re:  LLS AMERICA, LLC,

BRUCE P. KRIEGMAN, solely in his capacity as
court-appointed Chapter 11 Trustee for LLS America, LLC
v.

CELESTE RAMBARAN and SIROOJ RAMBARAN

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-428-RMP

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED Plaintiff is hereby awarded costs (i.e. filing fees) in the amount of $250.00 USD, for a total judgment of CAD $479,597.80, plus $345,854.06 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

October 31, 2012
*Date*

JAMES R. LARSEN
*Clerk*
 s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer